FILED
MAY 18 2009
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

# United States District Court
### EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

JAMES VERNON JOSEPH, JR.

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:09MJ6158 TCM

I, Cynthia Dockery, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 5, 2009, in St. Louis County, in the Eastern District of Missouri, defendant did, (Track Statutory Language of Offense)

did knowingly possess with intent to unlawfully use, five or more false identification documents

in violation of Title 18, United States Code, Section 1028. I further state that I am a Special Agent and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**   **X** Yes    No_ No

Sworn to before me, and subscribed in my presence

SA *Cynthia Dockery*
Signature of Complainant
Cynthia Dockery
Special Agent
Federal Bureau of Investigation

May 18, 2009
Date

at    St. Louis, Missouri
City and State

Signature of Judicial Officer

Thomas C. Mummert
United States Magistrate Judge
Name and Title of Judicial Officer