FILED
MAY 1 8 2009
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09MJ6158 TCM |
| JAMES VERNON JOSEPH, JR., | ) |
| Defendant. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Howard J. Marcus, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney

HOWARD J. MARCUS, #16980
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri 63102
(314) 539-2200