FILED

MAY 21 2009

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. ) |
| JAMES VERNON JOSEPH, JR., a/k/a "Gary Stalworth" a/k/a "Patrick Simons" a/k/a "Daddy" | ) ) 4:09CR00360 CDP ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 5, 2009, in Bridgeton, Missouri, within the Eastern District of Missouri,

**JAMES VERNON JOSEPH, JR.,**
**a/k/a "Gary Stalworth"**
**a/k/a "Patrick Simons"**
**a/k/a "Daddy"**

the defendant herein, did in or affecting interstate commerce, knowingly possess with intent to unlawfully use, five or more false identification documents.

In violation of Title 18, United States Code, Sections 1028(a)(3) and (b).

A TRUE BILL.

_____
FOREPERSON

MICHAEL W. REAP
Acting United States Attorney

_____
HOWARD J. MARCUS, #16980
Assistant United States Attorney