UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case No.   **4:09CR0360 CDP/DDN** |
| | ) |
| **JAMES V. JOSEPH, JR.,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

This matter is before the Court on the oral motion of Defendant James V. Joseph, Jr. to continue the detention hearing scheduled for May 21, 2009, at 9:00 a.m..  Defendant's motion is granted.  The detention hearing is reset to **May 27, 2009**, at **10:00 a.m.**

SO ORDERED.

              /s/ Thomas C. Mummert, III
              THOMAS C. MUMMERT, III
              UNITED STATES MAGISTRATE JUDGE

Dated this 22nd  day of May, 2009.