UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

```
MOTION:
Granted    ✓
Denied     _____
Overruled  _____
Date
(signature) 5/27/05
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09-cr-00360-CDP-DDN |
| JAMES VERNON JOSEPH, JR. | ) |
| Defendant. | ) |

### REQUEST FOR CONTINUANCE

Comes now John A. Bouhasin, counsel for Defendant James V. Joseph, Jr., and requests the above-referenced matter be continued for <u>detention hearing</u> from Wednesday, May 27, 2009, at 10:00 a.m. to the court's docket of Friday, May 29, 2009, at 10:00 a.m. to allow Defendant's family ample time to arrive in St. Louis for the hearing.

RESPECTFULLY SUBMITTED,

/s/ John A. Bouhasin
John A. Bouhasin, #80490
Bouhasin Law Firm, P. C.
5201 Hampton Avenue
St. Louis, Missouri  63109-3102
(314) 832-9600
(314) 353-0181  Fax

ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the U. S. Attorney this 26th day of May, 2009.