UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet -- Criminal Case

Date __May 29, 2009__   Judge __David D. Noce__   Case No. __4:09 cr 360 CDP/DDN__

UNITED STATES OF AMERICA v. __James Joseph, Jr.__

Court Reporter _____   Deputy Clerk __Katie Stamm__

Assistant United States Attorney(s) __Howard Marcus__

Attorney(s) for Defendant(s) __John Bouhasin__

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance                ☐ Detention Hearing                  ☐ Preliminary Revocation
☒ Arraignment                       ☐ Bond Review                        ☐ Probation
☐ Preliminary Examination           ☐ Bond Execution/Appearance Bond     ☐ Supervised Release
☐ Motion Hearing                    ☐ In Court Hrg (WAIVER OF MOTIONS)  ☐ Competency
  ☐ Evidentiary Hearing             ☐ Change of Plea/Sentencing          ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing   ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Parties present for hearing __Defendant's attorney announced that Joel Schwartz will be entering as co-counsel in case; pt mtns 6/23__

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10% and signed by third party custodian

   ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☒ Plea entered __not guilty__   Order on pretrial motions: ☐ issued  ☐ to issue

   ☒ Oral Mtn for Suppression by deft           ☒ Oral Mtn for Time to File Pretrial Mtns by deft

        ☒ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time __not set__   Before _____

☒ Remanded to custody   ☐ Released on bond

Next hearing date/time __7/9 @ 10 A.M.__ Type of hearing __Evid__ Before __DDN__

Proceeding commenced __8:58__   Proceeding concluded __9:03__   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.