Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __5/29/09__ Judge __Thomas C. Mummert, III__ Case No. __4:09CR360 CDP/DDN__

UNITED STATES OF AMERICA v. __James Vernon Joseph, Jr.__

Court Reporter __FTR__ Deputy Clerk __KLH__

Assistant United States Attorney(s) __Howard Marcus__

Attorney(s) for Defendant(s) __John Bouhasin__

Interpreter _____ ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance          ☒ Detention Hearing                      ☐ Preliminary Revocation
☐ Arraignment                  ☐ Bond Review                           ☐ Probation
☐ Preliminary Examination      ☐ Bond Execution/Appearance Bond        ☐ Supervised Release
☐ Motion Hearing               ☐ In Court Hrg (WAIVER OF MOTIONS)      ☐ Competency
  ☐ Evidentiary Hearing        ☐ Change of Plea/Sentencing             ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing   ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Parties present for hearing on __detention; arguments made; Court to enter order of detention__

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____   ☐ Secured Appearance Bond ☐ Secured by 10%

  ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _____   Order on pretrial motions:   ☐ issued   ☐ to issue

  ☐ Oral Motion for Suppression   ☐ Oral Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____ Before _____

☒ Remanded to custody   ☐ Released on bond

Next hearing date/time _____ Type of hearing _____ Before _____

Proceeding commenced __10:04__ Proceeding concluded __10:11__ Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the conditions of release as set out in the petition.