## Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date **7/30/09**　　Case No. **4:09 CR 360 CDP**
UNITED STATES OF AMERICA vs. **James Vernon Joseph, Jr.**
Judge **Perry**　　Court Reporter **T. Hopwood**
Deputy Clerk **MG Kost**　　Interpreter _____
Assistant United States Attorney(s) **Howard Marcus**
Attorney(s) for Defendant **Joel Schwartz**

*Arraignment/Waiver of Indictment/ Plea :*
☒ Defendant sworn. Defendant's age **44**　Education **some h.s. no ged**
☐ Defendant waives assistance of counsel　☐ Waiver filed
☐ Arraignment continued until _____ at _____ a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information　☐ Defendant arraigned
☐ Defendant enters a plea of　☐ GUILTY　☐ NOT GUILTY
to counts _____ of the ☐ superseding ☐ indictment ☐ information
Pretrial Motions Order ☐ issued ☐ to issue
☐ The Court does not accept Defendant's plea.
☐ The Court set case for trial on _____

*Change of Plea:*
☒ The Court finds the defendant competent to enter a plea of guilty.
☒ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) **1** of the ☐ superseding ☒ indictment ☐ information.
☒ **Plea Agreement, Guidelines Recommendations and Stipulation filed.**
☐ The Court adopts and approves Plea Agreement.
☐ The Court defers the adoption of Plea Agreement until the date of sentencing
☐ **Plea agreement filed under seal.**
☐ Ordered that count(s) _____ be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant _____ are denied as moot
☒ Sentencing set **October 20, 2009** at **1:00** a.m./**p.m.**
☒ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE **September 21, 2009**
☒ Defendant is remanded to custody　☐ Defendant is released on existing bond
**(If defendant was on bond and is remanded, change location code to LC.)**
Probation Officer **V. Anderson**
Defendant attorney present at _____ a.m./p.m.

Proceedings commenced **11:47** **a.m.**/p.m.　concluded at **12:15** a.m./**p.m.**