UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:09-CR-00360-CDP-DDN |
| | ) |
| JAMES JOSEPH, | ) |
| | ) |
|     Defendant. | ) |

**STATEMENT OF THE DEFENDANT REGARDING PRESENTENCE REPORT**

COMES NOW the Defendant, by and through his attorney, Joel J Schwartz, and for the Defendant's response to the Presentence Report, states as follows:

The Defendant has no objections to the Presentence Report as submitted to the parties.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:    /S/ Joel J Schwartz
        JOEL J SCHWARTZ, #18652
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332
        (314) 862-8050 Facsimile

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:09-CR-00360-CDP-DDN |
| | ) |
| JAMES JOSEPH, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Howard J. Marcus, Assistant United States Attorney.

**Statement of the Defendant Regarding Presentence Report**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:   /S/ Joel J Schwartz
JOEL J SCHWARTZ, #18652
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
(314) 862-8050 Facsimile