1                          UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF MISSOURI
2                                EASTERN DIVISION


3


4    UNITED STATES OF AMERICA,      ) 4:09 CR 360 CDP
                                    )
5         Plaintiff,                )
                                    )
6    vs.                            ) St. Louis, Missouri
                                    )
7    JAMES VERNON JOSEPH, Jr,       ) May 19, 2009
                                    )
8         Defendant.                )


9


10                    TRANSCRIPT OF INITIAL APPEARANCE
                  BEFORE MAGISTRATE THOMAS C. MUMMERT
11


12   APPEARANCES:


13


14   For the Government:           Mr. Howard Marcus
                                   Assistant US Attorney
15                                 111 South 10th Street
                                   St. Louis, Missouri  63102

16


17


18


19                         Transcribed by:


20                           Lynne Shrum,
                          111 South 10th Street
21                        Eagleton Courthouse
                          St. Louis, MO  63102

22


23


24


25

1               THE COURT:  All right.

2          Mr. Joseph, yeah.

3          Mr. Joseph, your attorney wanted to be here.

4          Who did you hire?

5               MR. JOSEPH:  John Bouhasin.

6               THE COURT:  John Bouhasin, yeah, he's not here and

7    I'm not so sure he's coming, so I'm not sure he knows what

8    time -- do you know anything about this, Mel?

9                         (Inaudible.)

10              THE COURT:  Yeah, where's his office?

11              MR. JOSEPH:  He has an office here in St. Louis.

12              THE COURT:  St. Louis metropolitan area.

13         Well, this is an initial appearance.  You're really

14   not -- you don't have to have a lawyer for this.  We're going

15   to bring you up and talk to you.  This is something -- this

16   is not a hearing that requires an attorney, one of the few.

17         It's -- please be sworn in, Mr. Joseph.

18              (Mr. Joseph sworn to tell the truth.)

19              THE COURT:  Mr. Joseph, you want to tell me your

20   name.

21              MR. JOSEPH:  James Joseph.

22              THE COURT:  Okay.  Thank you.

23         Mr. Joseph, and I'm just stating a fact.  The --

24   Tiffany Corley, the U.S. pretrial service officer, attempted

25   to interview you and you chose not to and some people do on

1    attorney's advice.  I'm not knocking you, I'm just making an

2    information for the record, so I don't know that much about

3    you which is fine, though eventually have that next time we

4    see each other but I need to let you know that you are here

5    charged with basically false identification -- stealing

6    peoples' identification.

7          You understand that?

8              MR. JOSEPH:  Uh-huh.

9              THE COURT:  And you need to say yes or no.

10             MR. JOSEPH:  Yes.

11             THE COURT:  And it's okay.  The recorder doesn't

12   pick that up.

13        I'll give you a copy of the charge before you get out

14   of here and you can share that with your attorney when he

15   pops in to see you.

16        You have the right to remain silent.  Anything you say

17   can and will be used against you in the prosecution of this

18   case.

19        You have a right to a lawyer.  If you can't afford one,

20   I will appoint an attorney to represent, and looks like

21   you've hired a lawyer.

22             MR. JOSEPH:  Yes.

23             THE COURT:  And it is -- you told me already and I

24   forgotten.

25        John -- I got it -- oh, John Bouhasin, great.  All

1    right.

2         The prosecutor in this case filed what's called a

3    detention motion.  That means they don't want you out on bond

4    at all while this case is going on.

5         As soon as the prosecutor files one of those motions,

6    you're entitled to a hearing on that to decide, then I can

7    decide whether or not I want you on bond or locked up.

8         I've scheduled a hearing on that matter for the 21st

9    which is Thursday morning at nine o'clock.  That will be your

10   next court date.

11        Additionally, since you are charged with a criminal

12   complaint, you are entitled to a probable cause hearing

13   simply -- it's not a guilt finding, it's just to decide

14   whether or not the case moves on or not.

15             MR. JOSEPH:  Okay.

16             THE COURT:  So you got both of those hearings

17   scheduled for the 21st at nine o'clock.

18        If your lawyer contacts us again, make sure he knows.

19   When you talk to him, you need to let him know when the court

20   date is because if he doesn't show up for this one we can't

21   do it without a lawyer.

22             MR. JOSEPH:  Yes.

23             THE COURT:  So the -- this one we can take care of

24   but the next we can't.

25        Also, I want to to alert you -- and I don't want you

1    saying anything because you don't have a lawyer with you but

2    there's some confusion about your actual identity.  You have

3    an a/k/a under your name of Leland Reed, so you need to

4    address that.

5        We need to -- eventually need to find out who you are

6    and who Mr. Leland Reed is but that's another issue that you

7    need to talk to your lawyer about.  All right?

8            MR. JOSEPH:  Okay.

9            THE COURT:  All right.  Here's a copy of the

10   complaint, and we'll see back here on Thursday morning.

11   Hopefully your lawyer will be here with you and we'll go from

12   there.

13       All right?

14           MR. JOSEPH:  Thank you.

15           THE COURT:  All right.  Good luck, sir.

16                    (Recess.)

17

18                  ************

19

20

21

22

23

24

25

```
 1                           CERTIFICATE

 2          I, Lynne Shrum, do hereby certify I have duly

 3    transcribed the above proceedings which have been

 4    electronically recorded to the best of my ability.

 5          I further certify the foregoing is a true and accurate

 6    transcript of the proceedings as heard and understood.

 7          This reporter does not certify any transcript nor takes

 8    any responsibility for missing or damaged pages of this

 9    transcript when said transcript is copied and delivered by

10    any other party other than this reporter.

11

12    _____

13    DATE                              /s/ Lynne Shrum

14

15

16

17

18

19

20

21

22

23

24

25
```