```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MISSOURI
 2                          EASTERN DIVISION

 3

 4   UNITED STATES OF AMERICA,    ) 4:09 CR 360 CDP
                                  )
 5       Plaintiff,               )
                                  )
 6   vs.                          ) St. Louis, Missouri
                                  )
 7   JAMES VERNON JOSEPH, Jr,     ) May 29, 2009
                                  )
 8       Defendant.               )

 9

10              TRANSCRIPT OF ARRAIGNMENT
             BEFORE MAGISTRATE DAVID THOMAS D. NOCE
11

12   APPEARANCES:

13

14   For the Government:        Mr. Howard Marcus
                                Assistant US Attorney
15                              111 South 10th Street
                                St. Louis, Missouri  63102
16

17   For the Defendant:         Mr. John Bouhasin
                                Attorney at Law
18                              5201 Hampton Avenue
                                St. Louis, Missouri  63109
19

20

21

22                    Transcribed by:

23                    Lynne Shrum,
                    111 South 10th Street
24                  Eagleton Courthouse
                    St. Louis, MO  63102
25
```

1      THE COURT:  This is United States against James
2 Vernon Joseph, Junior, case number 4:09 CR 360.
3      The matter is before the Court this morning for an
4 arraignment.  Mr. Marcus is here for the United States.  Mr.
5 Bouhasin is here for Mr. Joseph, and I take it this is Mr.
6 Joseph; is that correct?
7      MR. JOSEPH:  Yes, Your Honor.
8      THE COURT:  Would you all come up to the podium,
9 please.
10     Mr. Joseph is charged in one count with fraud with
11 identification documents.
12     Mr. Bouhasin, do you want the entire indictment read to
13 Mr. Joseph?
14     MR. BOUHASIN:  No, Your Honor.  We waive formal
15 reading.
16     THE COURT:  Is he prepared to enter a plea this
17 morning?
18     MR. BOUHASIN:  Yes, Your Honor.  At this time I
19 presented a copy of the indictment to my client.  He's
20 authorized me to enter a plea of not guilty with regard to
21 the charges pending before you.
22     THE COURT:  All right.  A plea of not guilty will
23 be entered.
24     Mr. Marcus, do you know whether the government has
25 arguably suppressible evidence against this defendant?

```
1                 MR. MARCUS:  Yes, Your Honor, the government does.
2                 THE COURT:  All right.  Mr. Bouhasin, having heard
3    that, I take it you would at least consider filing pretrial
4    motions; is that correct?
5                 MR. BOUHASIN:  Yes, Your Honor.
6                 THE COURT:  If you wish, at this time I'll give you
7    an opportunity to make an oral motion for a period of time
8    within which to consider filing pretrial motions and an oral
9    motion generally to suppress any arguably suppressible
10   evidence the government might have, perhaps to be followed up
11   with specific documentary motions.
12                MR. BOUHASIN:  Yes, Your Honor.
13      At this time I've been led to believe that Mr. Joseph's
14   family has hired Mr. Schwartz to enter as co-counsel.
15                THE COURT:  All right.
16                MR. BOUHASIN:  If we could have 60 days, Your
17   Honor, I believe that would be sufficient time for me to
18   coordinate with Mr. Schwartz's office, attack that motion,
19   present a written motion as well as our oral motion to
20   suppress.
21                THE COURT:  How much time?
22                MR. BOUHASIN:  Sixty days, Your Honor.
23                THE COURT:  No.  If you need more time than what I
24   give you, then you can file a motion.
25                MR. BOUHASIN:  Yes, Your Honor.
```

1               THE COURT:  Okay.
2           And Mr. Marcus, I'll give the government at this time
3      an opportunity to make an oral motion for a determination by
4      the Court of the admissibility or not of any arguably
5      suppressible evidence.
6               MR. MARCUS:  Your Honor, at this time I would
7      simply ask leave to file it for a written determination.
8               THE COURT:  I'll direct the clerk to make a minute
9      entry of the two oral motions of the defense counsel and an
10     oral motion -- and the oral motion of the government.
11          The case is assigned to District Judge Catherine Perry.
12     She's directed that the case not be set for trial until the
13     conclusion of the pretrial proceedings.
14          I'll order that the government forthwith disclose its
15     arguably suppressible evidence.  The parties can have until
16     June 9th to request further information from each other and
17     to respond by June 12th.  The parties can have until June
18     23rd to file pretrial motions and the pretrial hearing will
19     be set for July 9, 2009 at ten o'clock in the morning.
20          Let me give counsel a copy of the order that I'll issue
21     in the case today and as I said, I'll be happy to take a look
22     at any motion to continue with appropriate bases set out in
23     the motion.
24          Mr. Marcus, did you have any other business in this
25     case this morning?

1       MR. MARCUS:  Just to advise the Court in this
2  particular matter search warrant was issued for approximately
3  18 or 19 pieces of digital media, camera, phones, and I would
4  imagine --
5       THE COURT:  You want to come over closer to the --
6       MR. MARCUS:  I'm sorry.
7    Your Honor, a search warrant was issued in this matter
8  for approximately 18 or 19 pieces of digital media, including
9  numerous cell phones, cameras, computers, memory cards, and I
10 would anticipate that the completion of the forensic
11 examination may or may not be done in advance of the motion
12 date.
13    Just so the Court knows the schedule we'll be heading
14 on based on waiting for that stuff to be analyzed.
15      THE COURT:  All right.  That's -- an appropriate
16 basis for -- I think for making Speedy Trial Act findings for
17 a continuance and I'm not against doing that but I'll wait
18 for a appropriate motion to that effect.
19    All right.  Thank you all very much.
20      MR. BOUHASIN:  Thank you, Your Honor.
21      THE COURT:  We'll be in recess.
22                       (Recess.)
23
24
25    *

```
 1                         CERTIFICATE

 2        I, Lynne Shrum, do hereby certify I have duly

 3   transcribed the above proceedings which have been

 4   electronically recorded to the best of my ability.

 5        I further certify the foregoing is a true and accurate

 6   transcript of the proceedings as heard and understood.

 7        This reporter does not certify any transcript nor takes

 8   any responsibility for missing or damaged pages of this

 9   transcript when said transcript is copied and delivered by

10   any other party other than this reporter.

11

12   _____

13   DATE                                    /s/ Lynne Shrum
```