```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MISSOURI
 2                          EASTERN DIVISION

 3

 4    UNITED STATES OF AMERICA,     ) 4:09 CR 360 CDP
                                    )
 5         Plaintiff,               )
                                    )
 6    vs.                           ) St. Louis, Missouri
                                    )
 7    JAMES VERNON JOSEPH, Jr,      ) May 29, 2009
                                    )
 8         Defendant.               )

 9

10                 TRANSCRIPT OF DETENTION HEARING
                BEFORE MAGISTRATE THOMAS C. MUMMERT
11

12    APPEARANCES:

13

14    For the Government:          Mr. Howard Marcus
                                   Assistant US Attorney
15                                 111 South 10th Street
                                   St. Louis, Missouri  63102
16

17    For the Defendant:          Mr. John Bouhasin
                                   Attorney at Law
18                                 5201 Hampton Avenue
                                   St. Louis, Missouri  63109
19

20                                 Ms. Brittney Stockton
                                   Attorney at Law
21                                 120 South Central, Suite 130
                                   Clayton, MO  63105
22

23                       Transcribed by:

24                        Lynne Shrum,
                       111 South 10th Street
25                     Eagleton Courthouse
                       St. Louis, MO  63102
```

```
 1              THE COURT:  Okay.  Doesn't look like Mr. Dwyer is
 2    here.
 3         We'll start with James Joseph.  This is a motion for
 4    detention which I've continued a couple times at the request
 5    of the defendant.
 6         Mr. Bouhasin.
 7              MR. BOUHASIN:  Your Honor, I apologize.  It's my
 8    understanding that Joel Schwartz will be entering his
 9    appearance as co-counsel in this matter.
10              THE COURT:  Okay.
11              MR. BOUHASIN:  Brittney Stockton is here on behalf
12    of Mr. Schwartz.
13              MS. STOCKTON:  Hi, Your Honor.
14              THE COURT:  Hi, Brittney, how are you doing.
15              MS. STOCKTON:  I'm good.  Thank you.
16              THE COURT:  Good.
17              MR. BOUHASIN:  Thank you, Your Honor.
18         Judge -- I'm sorry.
19              THE COURT:  No, go ahead.
20              MR. BOUHASIN:  At this time we would wait -- we
21    were led to believe that another indictment was coming down
22    and at this point I'm not aware of another indictment.
23         It's also my understanding that Mr. Joseph was being
24    held for unlawfully fleeing from prosecution of a case out in
25    New York.  We verified with pretrial that there is no active
```

1    case in New York.  In fact, the case's closed to the best of

2    our knowledge to the best of pretrial's knowledge.

3         It's also alleged that Mr. Joseph doesn't have local

4    ties.  He has a cousin that lives here on East John that will

5    provide him residence that he can stay with throughout the

6    course of this proceeding.

7         If you look at the criminal history of Mr. Joseph,

8    Judge, he has one prior arrest, very -- one prior arrest

9    which he was convicted of and he served his time on.  He did

10   not flee from prosecution, he faced the charges and faced a

11   sentencing at the time that was associated with that charge.

12   He was subsequently arrested in Bridgeton for the same

13   incident, Your Honor.  That was the other history that's

14   indicated from 2009 out in Bridgeton, Missouri, that's where

15   this actual arrest occurred.

16        My client's mother intended to be here today and that's

17   why I had originally continued the matter from Wednesday

18   until today but she was in fact unable to make it today.

19        Mr. Joseph has no ability to travel since all of his

20   official documentation has been seized by the government and

21   Mr. Joseph would ask the Court set a bond so he can be

22   released regardless of the conditions, where it requires

23   electronic home monitoring or anything that would suffice to

24   the Court but this time, Judge, there's nothing pending

25   against Mr. Joseph that would warrant his detention in this

1  matter and we ask that you set a bond for Mr. Joseph.

2         THE COURT:  Okay.  Thank you.

3      Mr. Marcus?

4         MR. MARCUS:  Your Honor, I hate to take issue with

5  counsel.  He has been convicted of one crime but I'm

6  looking -- in terms of arrests, he's got numerous arrests for

7  failure to appear in Nevada, multiple arrests.  It looks like

8  he has arrests for public nuisance, kidnapping, false

9  imprisonment, bench warrants, more bench warrants, so this is

10  not the first time he's been in front of the Court outside of

11  his conviction, imprisonment.

12      While he is only charged with false identity documents

13  right now, this is an ongoing investigation.  What the grand

14  jury will do I can't predict.  I do anticipate some

15  additional charges to the grand jury as this case progresses.

16  It's not simply a matter of false identification, we've

17  unsealed the search warrant on his digital medias.

18      When he was arrested, he was in a car that had traps

19  cut in the doors, apparently from containing or had contained

20  marijuana based on the odors of the dryer sheets contained in

21  there.

22      They found multiple false identities in his name.  He

23  had at least three names, he's -- he's traveled under, the

24  bonafide identity documents in his name.  The driver's

25  license, state IDs, Las Vegas Metropolitan Police Department

use and carry pistol card for a Glock firearm.  He is a
felon, he shouldn't be having a firearm, but apparently there
is one there -- floating out there in the cosmos.

In his car there were probably 15, 16, 17 items of
media, including a computer, multiple cell phones, cameras,
GPS devices, indicating a lot of travel.  It's going to take
some time for the FBI to conduct forensic evaluation on this
material.

Everything that is before this Court indicates that
this gentleman is involved in a Mann Act or potential
violation of 1591, trafficking by forced, fraud or coercion.
I think it would be egregious error to let this man out.  He
has no ties here, we know nothing about this cousin.  I've
never seen in 20 years of pretrial services the Court so
devoid of any information provided by the defendant, no
inclination to cooperate with pretrial services so that if he
is a flight risk, given his criminal history, the fact that
he may have weapons I think the record indicates he has would
also be a danger to the community if released at this time
and as I indicated, this is an ongoing investigation and I
anticipate violations of either the Mann Act or 1591 to be
submitted to the grand jury in the very near future.

THE COURT:  All right.  Thank you.

I'm not sure defense has access yet to the -- the
search warrant.  Actually, I signed.  I happened to be on

1    criminal duty last week when I signed this before I even

2    heard of Mr. -- Mr. Joseph but the government moved to have

3    that unsealed, the search warrant seal unsealed, which I

4    signed yesterday, so it's unsealed.  The problem is it

5    doesn't -- in our system it doesn't show up in the open files

6    until the search warrant return has been made.  That's when

7    we send the file again to the -- because it's really

8    unsealing something that's half -- half there and not fully

9    complete and filed I suppose so eventually the defendant will

10   have access to the search warrant which is -- the affidavit

11   supporting the search warrant is over 20 pages and it reads

12   like a Mann Act is what -- that's what it's coming, I mean

13   I'd be -- you may not be able to predict what the grand jury

14   does but the -- looks like it's heading that way to me from

15   my perspective, so based on what I've -- I know about this

16   case from the pretrial services' report and the -- and the

17   proffer made by the U.S. attorney, the Court will enter an

18   order detaining the defendant pending further action in the

19   matter.

20        Anything else from Mr. Joseph?

21            MR. BOUHASIN:  No, Your Honor.

22            THE COURT:  All right.  And there's going to be

23   another lawyer.

24        Mr. Schwartz's firm is going to enter also, is that the

25   deal?

1          MS. STOCKTON:  Yes, Your Honor.  I talked to the

2   secretary this morning.  There should be an entry filed

3   already on behalf of Mr. Joseph.

4          THE COURT:  All right.  You are both going to stay

5   in the case, is that how this is going to go?

6          All right.  Thank you.

7          Good luck, Mr. Joseph.

8                          (Recess.)

9                 *********************

10                        CERTIFICATE

11      I, Lynne Shrum, do hereby certify I have duly

12   transcribed the above proceedings which have been

13   electronically recorded to the best of my ability.

14      I further certify the foregoing is a true and accurate

15   transcript of the proceedings as heard and understood.

16      This reporter does not certify any transcript nor takes

17   any responsibility for missing or damaged pages of this

18   transcript when said transcript is copied and delivered by

19   any other party other than this reporter.

20

21   ═══════════════════════

22   DATE                        /s/ Lynne Shrum

23

24

25