```
 1                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF MISSOURI
 2                              EASTERN DIVISION

 3


 4    UNITED STATES OF AMERICA,    ) 4:09 CR 360 CDP
                                   )
 5         Plaintiff,              )
                                   )
 6    vs.                          ) St. Louis, Missouri
                                   )
 7    JAMES VERNON JOSEPH, Jr,     ) July 9, 2009
                                   )
 8         Defendant.              )

 9

10                       TRANSCRIPT OF HEARING
                      BEFORE MAGISTRATE DAVID D. NOCE
11

12    APPEARANCES:

13

14    For the Government:          Ms. Tiffany Becker
                                   Assistant US Attorney
15                                 111 South 10th Street
                                   St. Louis, Missouri   63102
16

17    For the Defendant:           Mr. Joel Schwartz
                                   Attorney at Law
18                                 120 South Central, Suite 130
                                   Clayton, MO   63105
19

20                         Transcribed by:

21                           Lynne Shrum,
                           111 South 10th Street
22                         Eagleton Courthouse
                            St. Louis, MO   63102
23

24

25
```

 1          THE COURT:  United States versus James Vernon
 2  Joseph, Jr, case number 4:09-CR-360.  The matter is before
 3  the Court this morning for pretrial proceedings.
 4      Ms. Becker is here for the United States.
 5      Mr. Schwartz is here representing Mr. Joseph and Mr.
 6  Joseph is here.
 7      Mr. Schwartz, do you have an announcement to make this
 8  morning?
 9          MR. SCHWARTZ:  Yes, Your Honor.  Having discussed
10  the matter with Mr. Joseph, we made a collective decision to
11  file a waiver of right to file pretrial motions.
12          THE COURT:  All right.  Mr. Joseph, you heard what
13  Mr. Schwartz just said.  That correct?
14          MR. JOSEPH:  Yes.
15          THE COURT:  All right.  I'm going to ask you a
16  couple of questions about that and for that purpose, I'm
17  going to place you under oath.
18      Would you raise your right hand.
19              (Defendant sworn to tell the truth.)
20          THE COURT:  All right.  Is -- what Mr. Schwartz
21  said, is that accurate, that you've discussed the matter and
22  have joined with him in filing the waiver of pretrial
23  motions.
24      Is that right?
25          MR. JOSEPH:  Yes.

1        THE COURT: All right. You know that pretrial
2   motions are documents that you and your attorney would
3   discuss and assuming there is something to bring to the
4   Court's attention, those documents could call into question
5   some or all of the government's case against you. The Court
6   would hold a hearing and, in fact, a hearing is -- was set
7   for today and would make a decision, one way or the other, on
8   such motions.
9        You understand that?
10       MR. JOSEPH: Yes.
11       THE COURT: All right. And you're -- you're
12  agreeing to -- appearing before Judge Perry without having
13  filed such motions or having pretrial hearing on such issues;
14  is that correct?
15       MR. JOSEPH: That's correct.
16       THE COURT: All right. And you know that making
17  that choice at this time you won't be able to change your
18  mind in the future and go forward and have a pretrial hearing
19  on pretrial matters in the future.
20       You understand that?
21       MR. JOSEPH: Yes.
22       THE COURT: Is anybody forcing you to do this?
23       You're doing this after discussing the matter with Mr.
24  Schwartz, and perhaps there have been conversations with the
25  government.

```
 1            Is that a fair statement, Mr. Schwartz?
 2                 MR. SCHWARTZ:  Yes.
 3                 THE COURT:  All right.  And --
 4                 MR. JOSEPH:  Yes.
 5                 THE COURT:  -- and you're agreeing.
 6         Okay.  Okay.  I will so advise Judge Perry and further
 7    proceedings then will be before her.  If there is to be a
 8    jury trial, it would be set for August 17th, 2009 at 8:30.
 9    If there is to be some other disposition of the case, I'll
10    leave it to counsel to schedule that with Judge Perry's
11    office, so that was August 17th at 8:30.  Okay?
12                 MR. SCHWARTZ:  Thank you.
13         Do you have a written waiver that you want us to file,
14    or is what I filed sufficient?
15                 THE COURT:  What you filed is sufficient.
16                 MR. SCHWARTZ:  Thank you.
17                 THE COURT:  Thank you very much.
18                           (Recess.)
19
20
21
22
23
24
25
```

```
 1
 2                          CERTIFICATE
 3        I, Lynne Shrum, do hereby certify I have duly
 4   transcribed the above proceedings which have been
 5   electronically recorded to the best of my ability.
 6        I further certify the foregoing is a true and accurate
 7   transcript of the proceedings as heard and understood.
 8        This reporter does not certify any transcript nor takes
 9   any responsibility for missing or damaged pages of this
10   transcript when said transcript is copied and delivered by
11   any other party other than this reporter.
12
13   _____
14   DATE                                       /s/ Lynne Shrum
```